IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: MILLCREEK HOMES, LTD | ) | CASE NO. 09-15234 |
| | ) | HON. KAY WOODS |
| DEBTOR | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

Richard G. Zellers, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| | |
|---|---|
| Shenago Valley Services<br>6184 Jacqueline Dr.<br>Brookfield, OH  44403 | $6.04 |
| Brodmor Management<br>822 E. Western Reserve Rd.<br>Youngstown, OH  44512 | $25.92 |
| Precision Concrete, Inc. | $523.33 |
| Glass Gallery, Inc.<br>218-A South High St.<br>Cortland, OH  44410 | $42.01 |
| Christina Droney<br>5800 Herons Blvd.<br>Austintown, OH  44515 | $975.00 |
| WKBN<br>P.O. Box 59<br>Youngstown, OH  44501 | $23.93 |

A.B. Crane Services
1627 Wilson Ave.

| | |
|---|---|
| Youngstown, OH 44506 | $134.47 |
| Kitchen and Bath World, Inc.<br>4435 Boardman Canfield Rd.<br>Canfield, OH 44406 | $805.14 |
| Western Reserve Land Consults, Inc.<br>8560 Market St.<br>Boardman, OH 44512 | $683.54 |

2. Your Trustee's Check for $3,219.38 to the Clerk of the United States Bankruptcy Court was electronically paid this day.

3. Nothing further remains to be done in this case.

Date: 2/25/16

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 STARRS CENTER DR.
CANFIELD, OH 44406
330-702-0780