In re:                                                          Case No. 09-15234-pmc
Mill Creek Homes, Ltd.                                          Chapter 7
Banner Supply Company, Inc.
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0647-1          User: kschn          Page 1 of 3          Date Rcvd: Mar 31, 2016
                              Form ID: 305         Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2016.
```
db            +Mill Creek Homes, Ltd.,   6715 Tippecanoe Road,   Canfield, OH 44406-8180
aty           +Andrew R. Zellers,   Richard G. Zellers & Associates,   3810 Starrs Centre Drive,
                Canfield, OH 44406-8003
aty           +Thomas Nader,   5000 E. Market St., #33,   Warren, OH 44484-2259
ptcrd         +AB Crane and Steel Service, Inc.,   1627 Wilson Avenue,   Youngstown, OH 44506-1838
ptcrd         +BP Drywall, LLC,   111 Mayflower Drive,   Boardman, OH 44512-6210
ptcrd         +Banner Supply Company, Inc.,   103 E. Indianola Avenue,   Youngstown, OH 44507-1597
ptcrd         +CDT Construction, Inc.,   468 Russell Avenue,   Poland, OH 44514-3333
ptcrd         +City Concrete, LLC,   8063 Southern Boulevard,   Youngstown, OH 44512-6306
acc           +Earl Scott,   Reali Giampetro & Scott,   6715 Tippecanoe Road,   Canfield, OH 44406-9183
ptcrd         +Gary Benson,   54 Ferncliff Avenue,   Boardman, OH 44512-4612
intp           Greg J Kleeh,   54 Cherry Court,   Canfield, OH  44406
ptcrd         +James Metzinger,   3375 S. Raccoon Road,   Canfield, OH 44406-9301
ptcrd         +Joseph Biroschak,   16313 Mock Road,   Berlin Center, OH 44401-9795
ptcrd         +Komar Plumbing Co., Inc.,   49 Roche Way,   Boardman, OH 44512-6214
cl            +Ledges at Pierce Bluffs Condominium Association, I,   2405 Pebble Creek Court,
                Hermitage, PA 16148-7351
ptcrd         +Masonry Materials Plus, Inc.,   620 Willow Street,   Youngstown, OH 44506-1000
cr            +National City Bank,   PO Box 94982,   Cleveland, OH 44101-4982
ptcrd         +Precision Concrete Enterprises, Inc.,   1648 Custer Orangeville Road,   Masury, OH 44438-9756
intp          +Richard A Salata,   110 Timber Run Road,   Canfield, OH 44406-8630
cr            +Richard T. & Dema Esper, Jr.,   52 Timber Run Drive,   Canfield, OH 44406-8635
cr            +The Huntington National Bank,   c/o Jerry M. Bryan, Esq.,   6 Federal Plaza Central,
                Suite 1300,   Youngstown, OH 44503-1508
intp          +The Villas at Whitney Chase Condominium Associatio,   c/o Kaman & Cusimano, LLC,
                50 Public Square, Suite 2000,   Cleveland, OH 44113-2215
ptcrd         +Western Reserve Land Consultants, Inc.,   8560 Market Street,   Youngstown, OH 44512-6726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Mar 31 2016 21:50:38     Cynthia J. Thayer,
                US Department of Justice,   201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
cr            +E-mail/Text: bankruptcy@atfs.com Mar 31 2016 21:53:16     American Tax Funding LLC,
                PO Box 862658,   Orlando, FL 32886-2658
ptcrd         +Fax: 330-782-8098 Mar 31 2016 22:02:19     Clayton Heating and Air Conditioning Co.,
                1144 E. Midlothian Boulevard,   Youngstown, OH 44502-2839
                                                                          TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Christiana Trust, A Division of Wilmington Savings
cr            Home Savings & Loan Company of Youngstown, Ohio
cr            Jennifer Wyndham
cr            Kevin P Wyndham
r             Marlin Palich,   Northwood Realty Services
br            Northwood Realty Services
cr            PNC Bank, National Association
intp          The Cincinnati Insurance  Co.
cr            The Farmers National Bank of Canfield
ptcrd       ##+Kitchen and Bath World Distributing, Inc.,   4435 Boardman Canfield Road,
                Canfield, OH 44406-9032
ptcrd       ##+Santon Electric Company, Inc.,   7870 Southern Blvd.,   Youngstown, OH 44512-6022
                                                                   TOTALS: 9, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2016                                    Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2016 at the address(es) listed below:

```
          Aurelius  Robleto   on behalf of Interested Party Richard A Salata ar@camlev.com,
           candl@camlev.com;tmatiasic@yahoo.com
          Aurelius  Robleto   on behalf of Interested Party Greg J Kleeh ar@camlev.com,
           candl@camlev.com;tmatiasic@yahoo.com
          Bruce R Schrader, II   on behalf of Creditor   Home Savings & Loan Company of Youngstown, Ohio
           bschrader@ralaw.com
          Christopher Carville   on behalf of Petitioning Creditor   Western Reserve Land Consultants,
           Inc. ccarville@rendigs.com
          David B. Salzman   on behalf of Interested Party Richard A Salata dbs@camlev.com,
           candl@camlev.com;jmb@camlev.com;fdr@camlev.com;tmatiasic@yahoo.com
          David B. Salzman   on behalf of Interested Party Greg J Kleeh dbs@camlev.com,
           candl@camlev.com;jmb@camlev.com;fdr@camlev.com;tmatiasic@yahoo.com
          James G. Floyd   on behalf of Petitioning Creditor   Western Reserve Land Consultants, Inc.
           jfloyd@mnblawyers.com
          James G. Floyd   on behalf of Petitioning Creditor   Banner Supply Company, Inc.
           jfloyd@mnblawyers.com
          James G. Floyd   on behalf of Petitioning Creditor Gary  Benson jfloyd@mnblawyers.com
          James G. Floyd   on behalf of Petitioning Creditor   Kitchen and Bath World Distributing, Inc.
           jfloyd@mnblawyers.com
          James G. Floyd   on behalf of Petitioning Creditor   BP Drywall, LLC jfloyd@mnblawyers.com
          James G. Floyd   on behalf of Petitioning Creditor   Komar Plumbing Co., Inc.
           jfloyd@mnblawyers.com
          James G. Floyd   on behalf of Petitioning Creditor   CDT Construction, Inc. jfloyd@mnblawyers.com
          James G. Floyd   on behalf of Petitioning Creditor   Masonry Materials Plus, Inc.
           jfloyd@mnblawyers.com
          James G. Floyd   on behalf of Petitioning Creditor Joseph  Biroschak jfloyd@mnblawyers.com
          James G. Floyd   on behalf of Petitioning Creditor   AB Crane and Steel Service, Inc.
           jfloyd@mnblawyers.com
          James G. Floyd   on behalf of Petitioning Creditor   Santon Electric Company, Inc.
           jfloyd@mnblawyers.com
          James G. Floyd   on behalf of Petitioning Creditor   Clayton Heating and Air Conditioning Co.
           jfloyd@mnblawyers.com
          James G. Floyd   on behalf of Petitioning Creditor   Precision Concrete Enterprises, Inc.
           jfloyd@mnblawyers.com
          James G. Floyd   on behalf of Petitioning Creditor James  Metzinger jfloyd@mnblawyers.com
          James G. Floyd   on behalf of Petitioning Creditor   City Concrete, LLC jfloyd@mnblawyers.com
          Jerry M Bryan   on behalf of Creditor   The Huntington National Bank jbryan@hendersoncovington.com
          Jerry R. Howard   on behalf of Creditor   Christiana Trust, A Division of Wilmington Savings Fund
           Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-11
           midwestbk@alolawgroup.com, midwestbk@alolawgroup.com
          Kevin M. Fields   on behalf of Interested Party   The Villas at Whitney Chase Condominium
           Association, Inc. bankruptcy@kamancus.com, kfields@kamancus.com
          Leo J Puhalla   on behalf of Petitioning Creditor   Western Reserve Land Consultants, Inc.
           lpuhalla@mnblawyers.com
          Leo J Puhalla   on behalf of Petitioning Creditor   Kitchen and Bath World Distributing, Inc.
           lpuhalla@mnblawyers.com
          Leo J Puhalla   on behalf of Petitioning Creditor Gary  Benson lpuhalla@mnblawyers.com
          Leo J Puhalla   on behalf of Petitioning Creditor   City Concrete, LLC lpuhalla@mnblawyers.com
          Leo J Puhalla   on behalf of Petitioning Creditor   Santon Electric Company, Inc.
           lpuhalla@mnblawyers.com
          Leo J Puhalla   on behalf of Petitioning Creditor   Banner Supply Company, Inc.
           lpuhalla@mnblawyers.com
          Leo J Puhalla   on behalf of Petitioning Creditor Joseph  Biroschak lpuhalla@mnblawyers.com
          Leo J Puhalla   on behalf of Petitioning Creditor James  Metzinger lpuhalla@mnblawyers.com
          Leo J Puhalla   on behalf of Petitioning Creditor   CDT Construction, Inc. lpuhalla@mnblawyers.com
          Leo J Puhalla   on behalf of Petitioning Creditor   Komar Plumbing Co., Inc.
           lpuhalla@mnblawyers.com
          Leo J Puhalla   on behalf of Petitioning Creditor   AB Crane and Steel Service, Inc.
           lpuhalla@mnblawyers.com
          Leo J Puhalla   on behalf of Petitioning Creditor   Clayton Heating and Air Conditioning Co.
           lpuhalla@mnblawyers.com
          Leo J Puhalla   on behalf of Petitioning Creditor   Precision Concrete Enterprises, Inc.
           lpuhalla@mnblawyers.com
          Leo J Puhalla   on behalf of Petitioning Creditor   Masonry Materials Plus, Inc.
           lpuhalla@mnblawyers.com
          Leo J Puhalla   on behalf of Petitioning Creditor   BP Drywall, LLC lpuhalla@mnblawyers.com
          Mark Stephen Hura   on behalf of Interested Party   The Cincinnati Insurance  Co.
           mark_hura@staffdefense.com
          Melody Dugic Gazda   on behalf of Trustee Richard G. Zellers mdg3810@cs.com
          Michael D Zaverton   on behalf of Creditor   National City Bank mzaverton@walterhav.com,
           lbeck@walterhav.com
          P Raymond Bartholomew   on behalf of Claimant   Ledges at Pierce Bluffs Condominium Association,
           Inc. bmvlaw@hotmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Richard G Zellers    on behalf of Trustee Richard G. Zellers RGZTRUSTEE@CS.COM,   oh10@ecfcbis.com
          Richard G Zellers    on behalf of Attorney Andrew R. Zellers RGZTRUSTEE@CS.COM,   oh10@ecfcbis.com
          Richard G. Zellers    RGZTRUSTEE@gmail.com,   oh10@ecfcbis.com
          Richard G. Zellers    on behalf of Trustee Richard G. Zellers zellersesq@gmail.com
          Richard G. Zellers    on behalf of Accountant Earl  Scott zellersesq@gmail.com
          Richard J Thomas    on behalf of Creditor   The Farmers National Bank of Canfield
           rthomas@hendersoncovington.com,  mgazda@hendersoncovington.com
          Robert B Trattner    on behalf of Creditor   PNC Bank, National Association rtrattner@ttmlaw.com,
           rbtlaw2003@yahoo.com
          Thomas M. Gacse    on behalf of Creditor   Home Savings & Loan Company of Youngstown, Ohio
           tgacse@homesavings.com,  pduko@homesavings.com
                                                                            TOTAL: 51
```

United States Bankruptcy Court
Northern District Of Ohio

## NOTICE OF UNSUCCESSFUL PAYMENT

**To:** Richard Zellers, Trustee                    **Case Number:** 09–15234–pmc

**Debtor(s):** Mill Creek Homes, Ltd.              **Judge:** PAT E MORGENSTERN–CLARREN

The payment you submitted on March 25, 2016, in the amount of $ 3,219.38, receipt no. 33583489, was returned to the court as unsuccessful. The unsuccessful payment amount, and a service fee of $53.00 must be received in the form of cash, check, money order, or credit card, within 5 days of the date of this notice at the court location checked below.

☐ Akron – 455 U.S. Courthouse, 2 South Main Street, Akron, OH 44308

☐ Canton – Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave. SW., Canton, OH 44702

☑ Cleveland – Howard M. Metzenbaum U.S. Courthouse, 201 Superior Ave., Cleveland, OH 44114

☐ Toledo – 411 U.S. Courthouse, 1716 Spielbusch Ave., Toledo, OH 43604

☐ Youngstown – Nathaniel R. Jones Federal Building and U.S. Courthouse, 10 East Commerce Street, Youngstown, OH 44503

Payments related to this matter may be sent via mail, or paid at the courthouse from 9:00 a.m. until 4:00 p.m., Monday through Friday. Failure to submit the outstanding balance due may result in this matter being referred to the Judge for further consideration.

**Additional Comments/Instructions**
Reason Description: No Account/Unable to Locate.

**Deputy Clerk:** K. Schneider     **Date:** March 31, 2016

**Form:** ohnb305